# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

GREGORY S. YUILL                                      PETITIONER
Reg # 10173-062

v.                   No. 2:09CV00156 JLH-JJV

T. C. OUTLAW,
Warden, FCI-Forrest City                            RESPONDENT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Yuill's Petition (Doc. No. 1) is GRANTED.

DATED this 10th day of March, 2010.

                                                  J. LEON HOLMES
                                                  UNITED STATES DISTRICT JUDGE